

# NUMBER 13-20-00026-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

THE STATE OF TEXAS,                                                            Appellant,

v.

EDWARD JEROME HUFF,                                                         Appellee.

## On appeal from the 272nd District Court
## of Brazos County, Texas.

# ORDER

### Before Chief Justice Contreras and Justices Longoria and Tijerina
### Order Per Curiam

Appellant the State of Texas has filed a motion for this Court to withdraw its opinion and judgment in the above referenced matter. On June 17, 2021, this Court issued a memorandum opinion and judgment reversing the judgment of the trial court. A dissenting opinion was also issued. Appellee Edward Jerome Huff filed a motion for rehearing. On November 4, 2021, this Court granted appellee's motion for rehearing, and issued an

opinion withdrawing its June 17, 2021 memorandum opinion, dissenting memorandum opinion, and judgment, substituting in their stead a memorandum opinion and judgment affirming the trial court's underlying judgment.

Pursuant to Texas Rule of Procedure 49.2, this Court will not grant a motion for rehearing "unless a response has been filed or requested by the court." TEX. R. APP. P. 49.2. Because the State was not afforded an opportunity to respond to appellee's motion, we grant the State's motion. The Court hereby withdraws its granting of appellee's motion for rehearing and the memorandum opinion and judgment of November 4, 2021.[1]  The Court requests that the State, or any others whose interest would be directly affected by the relief sought, file a response to appellee's motion for rehearing within 15 days from the date of this order. *See id.*

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2 (b).

Delivered and filed on the
1st day of December 2021.

---

[1] The memorandum opinion of November 4, 2021 also dismissed as moot appellee's motion for en banc reconsideration. That dismissal is also withdrawn, and appellee's motion for en banc reconsideration is restored.